ANNA SHAPIRO and Another, Appellants, v. FRIEDA HALPERIN, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

BETTY LOUISE SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeal No. 2.) — Motion for an enlargement of time to reargue appeal and for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ISAAC J. WISOFF and SILDORE NOVELTY CORP., Respondents, v. JOSEPH WISOFF and Others, Defendants, and HARRY SLOMOWITZ and Others, Appellants. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

JAMES W. CLYDE, Respondent, v. WARREN G. SCHALLER and SCHALLER BUILDING COMPANY, INC., Appellant.— In an action for an accounting under an oral agreement of joint venture under which the parties were to divide the profits of a contract for the alteration of a building, interlocutory judgment in favor of plaintiff unanimously affirmed, with costs. It was established by a preponderance of the evidence that plaintiff was not employed by the owners of the property to supervise the work of construction in their behalf. The individual defendant testified that plaintiff did not in fact superintend the work. Under these circumstances there was no room for the conclusion that the contract sued upon was illegal because plaintiff was serving opposing interests. There was no violation of section 439 of the Penal Law for the reason stated above, and for the further reason that even if the plaintiff were an agent or employee of the owners, the proof is undisputed that he made his agreement with the defendants with the knowledge and consent of his principals or employers. The evidence was adequate to support the finding of the trial court as to the making of the oral agreement between the parties. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ANNUNZIATA TOZZI ERNST, Respondent, v. FRANK ERNST, Appellant.— Interlocutory judgment annulling the marriage of the plaintiff and defendant on the ground of fraud unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.